**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **NORTHSTAR OFFSHORE** | § | **Case No. 16-34028** |
| **GROUP, LLC,** | § | |
| | § | **(Chapter 11)** |
| **DEBTOR.** | § | _____ |
| | § | |
| **NORTHSTAR OFFSHORE GROUP** | § | |
| **Plaintiff,** | § | **Adversary No. 17-3448** |
| | § | |
| **v.** | § | |
| | § | |
| **PEREGRINE OIL & GAS LP,** | § | |
| **PEREGRINE OIL & GAS II, LLC** | § | |
| **Defendants.** | § | |

**DEFENDANTS' EXPERT WITNESS DESIGNATION**

TO:   Katy Preston, Winston & Strawn, 1111 Louisiana Street, 25th Floor, Houston, TX  77002

Defendants, PEREGRINE OIL & GAS LP and PEREGRINE OIL & GAS II, LLC, serve Defendants' Expert Witness Designation on Plaintiff, NORTHSTAR OFFSHORE GROUP, pursuant to the Comprehensive Scheduling, Pre-Trial and Trial Order entered on February 1, 2018 and attach the expert reports to this Expert Witness Designation.  Defendants attach (1) the report of Terrell M. Lanier, (2) the reservoir report of Netherland, Sewell & Associates, Inc., (3) the report of Glenn Benson, (4) the engineering report of Nova Technical, and (5) the report of Michael D. Jones.  Defendants serve this Expert Witness Designation on June 15, 2018 on those matters on which it bears the burden of proof.  Defendants reserve the right to respond to any Expert Witness Designation and expert reports served upon Defendants by Plaintiff.

1

Respectfully Submitted,
**Jones Gill LLP**
*/s/ Michael D. Jones*
Michael Jones,
TX Bar No. 10929350,
SDTX Bar No. 7699
6363 Woodway, Suite 1100
Houston, TX 77057
(713) 652-4068
(713) 652-0716 (Fax)
Attorneys for Peregrine Oil & Gas, LP
and Peregrine Oil & Gas II, LLC

CERTIFICATE OF SERVICE

I do hereby certify that on this the 15th day of June 2018, a true and correct copy of the foregoing instrument was served on all parties receiving service via the Court's CM/ECF system.

/s/ *Michael D. Jones*

2